

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                |     |                        |
|----------------|-----|------------------------|
| IN RE:         | §   | No. 08-17-00179-CR     |
|                | §   | ORIGINAL PROCEEDING    |
| PHILLIP FORD,  | §   | ON PETITION FOR WRIT OF|
| RELATOR.       | §   | MANDAMUS               |

### MEMORANDUM OPINION

Relator, Phillip Ford, has filed a petition for writ of mandamus against the 292nd District Court of Dallas County, Texas, alleging that the court erred by denying his motion for DNA testing. To obtain mandamus relief, Relator must demonstrate that he does not have an adequate remedy at law and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Relator has failed to establish that he is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

November 29, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)